# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:23-CV-271-FDW-DCK

| | |
|---|---|
| **BRAYAN MARTINEZ PAGUADA,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **ALEJANDRO MAYORKAS, et al.,** | ) |
| **Defendants.** | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Consent Motion To Stay Or, Alternatively, Extend Time" (Document No. 9) filed September 11, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' "Consent Motion To Stay Or, Alternatively, Extend Time" (Document No. 9) is **GRANTED**. This case is **STAYED** until **December 1, 2023**.

**IT IS FURTHER ORDERED** that the parties shall file a joint Status Report on or before **December 1, 2023**, and every ninety (90) days thereafter.

**SO ORDERED**.  Signed: September 11, 2023

David C. Keesler
United States Magistrate Judge